(Rev. 10/2002) Complaint

UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number:   1:11-CV-21855-COOKE/TURNOFF

FILED by _____ D.C.

MAR 05 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Franklin R. Lacy representing self

_____

Plaintiff(s)

v.

BP p.l.c.,Transocean Ltd, Applied Drilling Technology, Inc.

Challenger Minerals, Inc., Halliburton Co., Carl-Henric Svanberg,

Bob Dudley, BP America, Inc., BP Products North America, Inc.,

BP Exploration & Production, Inc., BP Oil Limited,

Halliburton Energy Services, Inc., BP CORPORATION
NORTH AMERICA, INC.; BP COMPANY NORTH
AMERICA, INC.; BP AMERICA PRODUCTION
COMPANY; AND BP HOLDINGS NORTH AMERICA LTD

Defendant(s)

CONSOLIDATED AMENDED
COMPLAINT FOR FAILURE TO
ADEQUATELY COMPENSATE
PLAINTIFF FOR IDEA(S) SOLICITED
FOR AND USED TO STOP THE DEEP
WATER HORIZON GULF OIL SPILL
OF APRIL 20, 2010

# CONSOLIDATED AMENDED COMPLAINT

   Franklin R. Lacy, Marco Island, FL 34145 _____ plaintiff, in the above styled cause, sues

defendant(s);  BP p.l.c., Transocean Ltd, Applied Drilling Technology, Inc., Challenger Minerals, Inc., Halliburton Co.

Carl-Henric Svanberg, Bob Dudley, BP America, Inc., BP Products North America, Inc., BP Exploration & Production,
Inc., BP Oil Limited, Halliburton Energy Services, Inc.

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed )*

This action is filed under: Diversity of citizenship. Some defendant parties are citizens of United Kingdom and Sweden.

Plaintiffs home is on Marco Island, Florida in The United States District Court of the Southern District of Florida.

Plaintiff mailing address: Franklin R. Lacy, 1083 N. Collier Blvd., #402, Marco Island, Florida 34145, 1-239-970-2213

Defendant BP p.l.c., 1 Saint Jame's Square, London SW1Y 4PD United Kingdom

Defendant Bob Dudley, do BP p.l.c., 1 Saint Jame's Square, London SW1Y 4PD United Kingdom

Defendant Carl-Henric Svanberg, do BP p.l.c., 1 Saint Jame's Square, London SW1Y 4PD United Kingdom

Defendant Transocean Ltd., 4 Greenway Plaza, Houston, Texas 77046 1-713-232-7500

Def. Applied Drilling Technology, Inc., Langlands House, Huntly Street, Aberdeen, UK AB10 1SH +44 1224 654400

Defendant Challenger Minerals, Inc., 1311 Broadfield Blvd., Suite 500, Houston, Texas 77084 1-832-587-5400

Defendant Halliburton Co., 3000 N. Sam Houston Pkwy. E., Houston, Texas 77032 1-888-669-3920

BP America, Inc., BP Exploration & Production, Inc., 501 Westlake Park Boulevard, Houston, Texas 77079 1-281-366-2000

BP Products North America, Inc., 28301 Ferry Road, Warrenville, Illinois 1-800-333-3991

BP Oil International Limited, 101 Finsbury Pavement, London, EC2A 1RS, United Kingdon +44 020 7382 3481

Halliburton Energy Services, Inc., 10200 Bellaire Boulevard, Houston, Texas 77072 1-281-575-3000

BP Corporation North America, Inc.; BP America Production Company; and BP Holdings North America Ltd. 501 Westlake Park Blvd., Houston, TX 77079-2607

BP Company North America, Inc., 4101 Winfield Road, Ste. 200, Warrenville, IL 60555, 630-393-0169

(Re' 10/2002) Complaint

*(Statement Of Facts)*

On April 20, 2010, Defendants BP p.l.c., Transocean, Halliburton, and their totally owned listed corporate subsidiaries were responsible for drilling in the Gulf of Mexico on the Deep Water Horizon oil drilling platform when it exploded and sank. There was a very bad oil spill that BP p.l.c. et. al. could not get stopped. They made several tries to overpower and stop the oil spill. Nothing was working. Defendants established a web site and called out to vendors to send them solutions for stopping the disasterous oil spill and/or clean up the environment. Plaintiff sent them two solutions, each at least twice, The first solution was sent in twice on May 15, 2010. It was rejected on May 20, 2010 because of the "very challenging and specific operating conditions we face." The second solution(s) was sent in twice on May 25, 2010 and then again twice on June 1, 2010. Plaintiff did not get a timely response to any of the four second solution(s) submissions. Plaintiff figured BP p.l.c. was working with his second solution(s) because no rejection notice was sent as happened with the first solution.  Before Plaintiff sent in his second solution(s), BP p.l.c. announced that their best hope to stop the oil spill was to drill two parallel holes deep into the Gulf sea floor and then intersect the leaking pipe down deep to stop  the leaking oil. Please see Exhibit 'A' showing BP's state of mind toward solutions it felt worth considering on May 24, 2010, the day before BP et. al. received Plaintiff's second solution(s).  After receiving Plaintiff's second solution(s), BP p.l.c. announced that they had a better solution to stop the leaking oil, and they proceeded to use Plaintiff's solution(s). BP p.l.c. did not have a large enough pumping capability to fully stop the oil spill using Plaintiff's solution(s) until July 17, 2010 after they brought in a larger pumping ship; however they did stop approximately half of the oil spill for 30 days before July 17, 2010 by using Plaintiff's solution(s) until the large pumping ship arrived.

Even though the leak was stopped, the U.S. Coast Guard made Defendants complete their parallel drilling-deep-intersecting solution. That got completed in Mid-September 2010. This was 5 months after the oil spill started. Plaintiff's solution(s)  saved 2 1/2 months of spilling oil. This prevented half the oil spill that BP p.l.c.'s parallel drilling-deep-intersecting solution would have allowed before it was completed.  Please see Exhibits 'B' and 'C'.

On February 1, 2011, BP p.l.c. announced that their ultimate costs would be $40.9 billion. If this is for half the spill that would have occurred if they used their parallel-drilling-deep-intersect solution, then using Plaintiffs solution(s) saved Defendants an amount approaching $40.9 billion.  Please see Exhibit 'D'.

In January 2011, BP p.l.c. was interested in Plaintiff becoming an executive consultant for them in Abu Dahbi for . 2 years. Plaintiff knew that this was a settlement offer, and he wrote BP p.l.c. that he was not interested. Plaintiff asks a jury to please determine a fair amount. It should be between the value of two years of executive consulting and the $40.9 billion potential savings to BP p.l.c. and other Defendants from using Plaintiffs solution(s).  In addition Plaintiff asks for a jury trial, interest at 18% per annum from July 17, 2010, and 50% punitive damages, pf Plaintiff asks for such amounts as the jury agrees is fair.

Plaintiff has a patent pending on his invention.

Plaintiff reserves the right to amend the complaints with court approval in the future as he makes further discoveries leading to trial.

A summary of claims are as follows:

1. BP plc and its fellow parties that were responsible for the oil spill (herein referred to as 'consortium') owe Plaintiff at least 6 billion dollars in damages for Plaintiff sending them the solution that they used to stop the Horizon Deepwater Gulf oil spill. Twice on May 25, 2010 and again twice on June 1, 2010, Plaintiff did send in similar solutions to stop the Horizon Deepwater Gulf of Mexico Macondo Oil Well Spill of April 20, 2010. This solution(s) was sent in response to BP plc and its fellow parties that were responsible for the oil spill (herein referred to as 'consortium') setting up a web site and calling for vendors to send in solutions. Their web site's address was broadly made public on television. It was clear to Plaintiff that they wanted problem solvers to help with solutions to stop the oil spill, and they were willing to pay for any solution used. There was no cap on the amount paid for any solution used, so Plaintiff realized that payment would be based upon the amount of money that the consortium potentially saved from using any solution that was submitted. What alleged solution(s) that the consortium was using just wasn't stopping the oil spill. Plaintiff came up with two different solutions in early May 2010. Plaintiff sent in the first solution, which was cheapest to implement, twice on May 15, 2010. After review the consortium rejected it via email on May 20, 2010. This only took 5 days for the consortium to review and reject this first solution. Plaintiff sent to the consortium his second solution(s) on May 25, 2010. After a few days, the consortium announced the ability to saw off the jagged end of the oil spill pipe. As a result Plaintiff again sent the consortium his solution(s) of May 25, 2010 twice on June 1, 2010. This later submission simply eliminated the steps that would have accommodated

a bent over oil spill pipe end. Other than that, it was the same solution, and Plaintiff explained this to the consortium. By failing to respond, the consortium was being secretive about their using Plaintiff's solution(s), but with pieces of information coming out, Plaintiff could tell that they were using his solution(s) that were first submitted to them on May 25, 2010. This was confirmed by Plaintiff's thorough study of prior press releases from the consortium during the period from May 15, 2011 through July 31, 2011. Plaintiff discovered photographic evidence further confirming that they were using his solution(s). Please see exhibits 'E' through 'H'. Plaintiff still hadn't heard from the consortium concerning his 4 submissions and resubmissions. Plaintiff finally heard from the consortium in November 2010. This was after Plaintiff wrote to Mr. Bob Dudley and separately to Mr. Carl-Henric Svanberg, President and Chairman of the Board (equivalent United Kingdom positions) of BP plc.

On November 2, 2010, Mr. R. R. Hymers, Managing Patent Attorney E&P for BP International Limited and for Mr. Bob Dudley responded to my letter of August 9, 2010 to Mr. Bob Dudley and to Mr. Carl-Henric Svanberg. Although Mr. Hymer's address is in the United Kingdom, the envelope containing the letter was postmarked Sweden. Chairman of the Board Mr. Svanberg is from Sweden. Apparently both he and Mr. Dudley had a hand in writing and/or approving that letter. They did acknowledge "that you submitted your suggestions on 25 May and 1 June." Plaintiff did not receive any acknowledgment of Plaintiff's four submissions and resubmissions until receiving Mr. Hymers' November 2, 2010 letter. This letter of November 2, 2010 was the first acknowledgment of Plaintiff's second submissions. They also said, "Your proposals were reviewed by the technical and operational personnel that were assessing all the ideas and they decided that a similar concept had already been considered or planned." In response to Plaintiff's reply of January 11, 2011, Mr. Hymers wrote, "Regardless, none of your suggestions were progressed beyond the first stage of the assessment process and thus none were passed to those developing the equipment and processes implemented on the Macondo well." Plaintiff alleges that this statement of Mr. Hymers is blatantly false, fraudulent, and represents theft and/or larceny in

addition to breach of implied contract. In his letter of January 11, 2010 and again in subsequent correspondence at this time, Plaintiff asked for proof backing up Mr. Hymers' statements, but none was provided. Please see exhibits 'A', 'I', 'J', 'K', 'L', 'M', 'O', 'P', and 'Q'.

Please see exhibit 'R' for precedent court decisions to hold all Defendants liable for damages in this case.

2. Plaintiff alleges that the consortium committed fraud in deliberately making false statements for their gain. Please see 1. above.

3. Plaintiff alleges that the consortium is guilty of theft/larceny in deliberately soliciting plaintiff's intellectual property. When Plaintiff's solution(s) were received by the consortium, they used it without payment. Please see 1. above.

4. Plaintiff alleges that the consortium is guilty of breach of implied contract. Please see 1. above.

5. Plaintiff respectfully requests a jury trial.

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, Plaintiff asks for $6 billion or whatever the jury deems fair in view of a saving to BP p l c. and the other Defendabts of up to $40.9 billion. Please see earlier paragraphs. For something to compare to, waitreses get 18%; IRS tax informants get 15% to 30%; and lawyers on contingency get 30% to 50%. How much more important was Plaintiffs contribution to the environment and the well being of our country than these other comparison groups? Plaintiff further asks for interest at 18% per annum from July 17, 2010 and 50% punitive damages. In the alternative Plaintiff asks for whatever the jury feels is fair.

Signed this 2nd     day of March   ,2012

Facsimile Number

Franklin R. Lacy

Printed or typed name of Filer

"In Pro SE"

Florida Bar Number

239-970-2213
Phone Number

1083 N. collier Blvd., #402
Street Address

Marco Island, Florida 34145
City, State, Zip Code

Signature of Filer

northernexp@centurytel.net
*E-mail* address

239-970-2213



☒ Claims Journal - Property Casualty Industry News

View this article online: http://www.claimsjournal.com/news/southcentral/2010/05/24/110117.htm

# Frustration Mounts as Oil Seeps into Louisiana's Wetlands

May 24, 2010

- Article
- 3 Comments

Anger grew along the Gulf Coast as an ooze of oil washed into delicate coastal wetlands in Louisiana, with many wondering how to clean up the monthlong mess – especially now that BP's latest try to plug the blown-out well won't happen until at least Tuesday.

"It's difficult to clean up when you haven't stopped the source," said Chris Roberts, a councilman for Jefferson Parish, which stretches from the New Orleans metropolitan area to the coast. "You can scrape it off the beach but it's coming right back."

Roberts surveyed the oil that forced officials to close a public beach on Grand Isle, south of New Orleans, as globs of crude that resembled melted chocolate washed up. Others questioned why BP PLC was still in charge of the response.

"The government should have stepped in and not just taken BP's word," declared Wayne Stone of Marathon, Fla., an avid diver who worries about the spill's effect on the ecosystem.

The government is overseeing the cleanup and response, but the official responsible for the oversight said he understands the discontent.

"If anybody is frustrated with this response, I would tell them their symptoms are normal, because I'm frustrated, too," said Coast Guard Commandant Thad Allen. "Nobody likes to have a feeling that you can't do something about a very big problem."

As simple as it may seem, the law prevents the government from just taking over, Allen said. After the 1989 Exxon Valdez spill in Alaska, Congress dictated that oil companies be responsible for dealing with major accidents – including paying for all cleanup – with oversight by federal agencies.

BP, which is in charge of the cleanup, said it will be at least Tuesday before engineers can shoot mud into the blown-out well at the bottom of the Gulf, yet another delay in the effort to stop the oil.

A so-called "top kill" has been tried on land but never 5,000 feet underwater, so scientists and engineers have spent the past week preparing and taking measurements to make sure it will stop the oil that has been spewing into the sea for a month. They originally hoped to try it as early as this weekend.

BP spokesman Tom Mueller said there was no snag in the preparations, but that the company must get equipment in place and finish tests before the procedure can begin.

"It's taking time to get everything set up," he said. "They're taking their time. It's never been done before. We've got to make sure everything is right."

Crews will shoot heavy mud into a crippled piece of equipment atop the well, which started spewing after the drilling rig Deepwater Horizon exploded April 20 off the coast of Louisiana, killing 11 workers. Then engineers will direct cement at the well to permanently stop the oil.

BP, which was leasing the rig and is responsible for the cleanup, has tried and failed several times to halt the oil.

Chief Operating Officer Doug Suttles said Friday that a mile-long tube inserted into the leaking pipe is sucking about 92,400 gallons of oil a day to the surface, a figure much lower than the 210,000 gallons a day the company said the tube was sucking up Thursday. Suttles said the higher number is the most the tube has been sucking up at any one time, while the lower number is the average.

Crews have been using oil-soaking booms to corral the spill, and BP said Saturday that booms made of hair would not be used because they don't absorb enough oil and sink too quickly.

The company has conceded that more oil is leaking than its initial estimate of 210,000 gallons a day total, and a government team is working to get a handle on exactly how much is flowing. Even under the most conservative estimate, about 6 million gallons have leaked so far, more than half the amount spilled by the Exxon Valdez.

On Saturday, the blossoming investigation into the spill progressed when President Barack Obama announced that former Florida Sen. Bob Graham and former EPA Administrator William K. Reilly will lead a presidential commission probing the spill.

Graham, a Democrat, is a former Florida governor and senator. Reilly ran the Environmental Protection Agency under Republican President George H.W. Bush. His tenure at the agency included the 1989 Exxon Valdez oil spill in Alaska. Obama intends to name five others to the panel.

Meanwhile, frustrated local and state officials were also waiting for the Army Corps of Engineers to issue permits so they can build sand berms in front of islands and wetlands to act as buffers between the advancing oil and the wetlands.

In a statement, corps spokesman Ken Holder said officials understand the urgency, but possible environmental effects must be evaluated before even an emergency permit can be issued.

Coast Guard Rear Adm. Mary Landry also took BP to task for not responding aggressively enough to oil coming ashore in Terrebonne Parish, La., to the west of the mouth of the Mississippi River.

Public interest in the spill is high – after lawmakers pressed BP for a live video feed of the leak this week, so many people tried to view it that they crashed the government Web site where it was posted.

BP executives say the only guaranteed solution to stop the leak is a pair of relief wells crews have already started drilling, but the work will not be complete for at least two months.

That makes the stakes even higher for the top kill.

Scientists say there is a chance a misfire could lead to new problems. Ed Overton, a Louisiana State University professor of environmental studies, said the crippled piece of equipment called a blowout preventer could spring

Frustration Mounts as Oil Seeps into Louisiana's Wetlands                    Page 3 of 3

a new leak that could spew untold gallons of oil if there's a weak spot that is vulnerable to pressure from the heavy mud.

BP is also developing several other plans in case the top kill doesn't work, including an effort to shoot knotted rope, pieces of tire and other material – known as a junk shot – to plug the blowout preventer, which was meant to shut off the oil in case of an accident but did not work.

Associated Press writers Matthew Daly in Washington and Kevin McGill in New Orleans contributed to this report.

http://globalwarming.house.gov/spillcam

Copyright 2012 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**More from Claims Journal**

Today's Insurance Headlines | Most Popular | Texas / South Central News

EXHIBIT 'B' page 1

  

Site Search    Search Local Business Listings
Search for keywords, people, locations, obituaries, Web ID and more...   Submit

Home   News   Weather   Sports   Entertainment   Living   Interact   Jobs   Autos   Real Estate   Rentals   Classified Ads
News   Crime   La. Politics   Education   Opinions   Business   Northshore   Videos   Photos   Obituaries   Katrina Archive

Top Stories    Pizzarias take advantage of Pizza Huts closing     Endymion grand marshal Anderson Cooper     Packers celebrate 4th Super Bowl win

Home > 2010 Gulf of Mexico Oil Spill > Breaking News

# Well will remain closed if storm forces ships to evacuate, Allen says

Published: Thursday, July 22, 2010, 2:27 PM   Updated: Thursday, July 22, 2010, 3:10 PM

 By Michael Kunzelman, The Times-Picayune

Like   Be the first of your friends to like this.          Share  229

National Incident commander Thad Allen said he's confident about a plan to leave BP's Gulf of Mexico well capped during the approaching tropical depression because of a range of factors, including data that helps him better understand the area around the well.



Jacquelyn Martin / AP
Retired Coast Guard Adm. Thad Allen speaks to the media about the Deepwater Horizon BP oil spill response efforts at the Department of Justice in Washington this week. Allen decided today to leave the Deep Horizon well capped if weather forces ships to evacuate.

"We're starting to create almost a 3-D model of the formation" the well is in, Allen said.

Allen said this afternoon that should the depression prompt an evacuation of the site, the well would be left capped, and remote operated vehicles would be brought back in as quickly as possible after the storm passes.

U.S. Energy Secretary Steven Chu was involved in the decision to allow the well to remain capped during a possible evacuation of the site, he said.

Forecasters at the U.S. National Hurricane Center in Miami say the storm system has already caused flooding in Puerto Rico, the Dominican Republic and Haiti. It could become Tropical Storm Bonnie later Thursday and reach the Gulf of Mexico by Saturday.

Seas already were choppy in the Gulf, with waves up to five feet rocking boats as crews prepared to leave if needed. Some boats involved in the cleanup were called into port Thursday, Coast Guard Rear Adm. Paul Zukunft said. He also directed workers to remove oil-absorbent booms from marsh areas along the coast to prevent damage to ecologically sensitive areas.

Work on plugging the well is at a standstill just days before the expected completion of a relief tunnel to permanently throttle the free-flowing crude.

Crews had planned to spend Wednesday and Thursday reinforcing with cement the last few feet of the relief tunnel that will be used to pump mud into the gusher and kill it once and for all. But BP



More 2010 Gulf of Mexico Oil Spill

Most Comments      Most Recent

2010 Gulf of Mexico Oil Spill stories with the most comments in the last 7 days.



Most Active Users

Well will remain closed if storm forces ships to evacuate, Allen says | NOLA.com          Page 2 of 3

## EXHIBIT 'B' page 2

put the task on hold and instead placed a temporary plug called a storm packer deep inside the tunnel, in case it has to be abandoned until the storm passes.

"What we didn't want to do is be in the middle of an operation and potentially put the relief well at some risk," BP vice president Kent Wells said.

If the work crews are evacuated, it could be two weeks before they can resume the effort to kill the well. That would upset BP's timetable, which called for finishing the relief tunnel by the end of July and plugging the blown-out well by early August.

As the storm drew closer, boat captains hired by BP for skimming duty were sent home and told they wouldn't be going back out for five or six days, said Tom Ard, president of the Orange Beach Fishing Association in Alabama.

Even if the storm does not hit the area directly, it could affect the effort to contain the oil and clean it up. Hurricane Alex stayed 500 miles away last month, yet skimming in Alabama, Mississippi and Florida was curtailed for nearly a week.

*The Associated Press contributed to this report.*

Related topics: energy, new orleans, oil spill gulf of mexico 2010

### Sponsored Links

**"Strange Fruit Burns Fat"**
STUDY: Melts 12.3 lbs of Fat Every 28 Days. Learn More!
www.PostSentinel.com

**$74/Hr Job - 117 Openings**
Can You Type Earn $74+/hr From Home. Seen On CNN & FOX News.
www.news7dailyreporter.com/Finance

**Refinance Rates at 2.9%**
$160,000 Mortgage for $653/Month. Compare 4 Free Quotes Now. 3.19% APR
eLendingSaver.com

Share this story          Story tools

### More stories in 2010 Gulf of Mexico Oil Spill

**Previous story**          **Next story**

## Comments

July 22, 2010 at 7:28PM

Smart decision...hope it holds.

Inappropriate?

Users with the most NOLA.com comments in the last 7 days

          TinFoilHatGuy

          BigGovtMule

          muspanch

          dninc79

          Bovine Substance

### Connect with NOLA.com

### Recommendations


BP oil spill: health effects will be risk for generations, scientist warns
1,142 people shared this.


Anderson Cooper named a grand marshal of 2011 Endymion Mardi Gras parade
1,134 people shared this.

The Original Sabine Beach Beach Parties at Sally will remain in restrictions in New Orleans and Bali
356 people shared this.

Women hit manatee with barge ready, ticket police say
171 people shared this.

### From Our Advertisers

Advertise With Us »

### Popular Tags

barack obama  bobby
jindal  bp  coastal restoration  congress
energy  environment  fishing  grand isle  gulf
of mexico  ken feinberg  mary landrieu  mitch
landrieu  new orleans  offshore fishing  oil
rig explosion  oil rig explosion gulf of mexico
oil spill claims  oil spill gulf of
mexico 2010  oil spill hearings
update  oil spill trajectory  plaquemines  st.
bernard  st. tammany  tp oil spill video

Advance Internet

Home | News | Weather | Sports | Entertainment | Interact |
Living | Jobs | Autos | Real Estate | Classifieds | Shopping |
Place an Ad

Site Search   Search Local Business Listings

Search by keyword, town name, web ID and more...          Submit

Cement starts flowing to plug BP's Gulf oil well for good | NOLA.com    Page 1 of 3

EXHIBIT 'C' page 1



Sign in | Register for free

Site Search   Search Local Business Listings

Search for keywords, people, locations, obituaries, Web ID and more.    Submit Q

Brought to you by:

Home | News | Weather | Sports | Entertainment | Living | Interact | Jobs | Autos | Real Estate | Rentals | Classified Ads

News    Crime   La. Politics   Education   Opinions   Business   Northshore   Videos   Photos   Obituaries   Katrina Archive

**Top Stories**

Endymion grand marshal: Anderson Cooper

Sean Payton keeps homes in New Orleans & Dallas

Jazz Fest Lineup!

Home > 2010 Gulf of Mexico Oil Spill > Business

# Cement starts flowing to plug BP's Gulf oil well for good

Published: Friday, September 17, 2010, 2:57 PM   Updated: Friday, September 17, 2010, 3:03 PM



By The Associated Press
Follow

Like    Be the first of your friends to like this.              13        Share

Share   11                                                                 Email
                                                                           Print

Crews started pumping cement Friday deep under the seafloor to permanently plug the blown-out oil well in the Gulf of Mexico.



View full size
On July 14, left, oil flows from two of three valves on the new 75-ton cap atop the site of the Deepwater Horizon oil spill in the Gulf of Mexico. At right, the top of the cap on July 15, minutes after the flow of oil was choked off.

BP Images

A BP spokesman said there no longer was a need to use mud in tandem with the cement because pressure from the well wasn't an issue.

BP expects the well to be completely sealed on Saturday. The government had previously said it expected the well to be declared dead by Sunday, but on Friday the Coast Guard indicated the culmination was likely to be Saturday.

Cement began flowing at 1:30 p.m. It was expected to flow for several hours and then take up to 24 hours to set, according to BP.

The pumping of cement came after the successful intersection late Thursday between a relief well drilled nearly 2.5 miles beneath the floor of the Gulf and the blown-out well.

An April 20 explosion killed 11 workers, sank a drilling rig and led to the worst offshore oil spill in U.S. history.

"I am ready for that cigar now," John Wright, who led the team drilling the relief well, said in an e-mail Friday to The Associated Press from aboard the Development Driller III vessel.

Wright, who is not a BP employee but is working on a contract basis, had told the AP in August that he was looking forward to finishing his mission and celebrating with a cigar, a dinner party with his crew and a trip somewhere quiet to unwind with his wife. He has never missed his target over the years, with this relief well being the 41st he's successfully drilled.



More 2010 Gulf of Mexico Oil Spill

Most Comments    Most Recent

**2010 Gulf of Mexico Oil Spill** stories with the most comments in the last 7 days.

- More oil drilling rigs are in Gulf of Mexico than before BP oil spill
- BP oil spill's marine effects will be felt for generations, scientist warns
- Kenneth Feinberg's Gulf oil spill claims czar role independent of BP, judge rules
- Kenneth Feinberg's Gulf oil spill claims czar not independent of BP, judge rules
- Kenneth Feinberg's use of industry categories in denying claims is criticized



**Most Active Users**              What's this?

Cement starts flowing to plug BP's Gulf oil well for good | NOLA.com                 Page 2 of 3

EXHIBIT 'C' page 2

The gusher was contained in mid-July after a temporary cap was successfully fitted atop the well. Mud and cement were later pushed down through the top of the well, allowing the cap to be removed. But the blown-out well cannot be declared dead until it is sealed from the bottom.

The blast sank the Deepwater Horizon rig and triggered the spill that eventually spewed 206 million gallons of oil from the well. BP PLC is a majority owner of the well and was leasing the rig from owner Transocean Ltd.

The disaster caused an environmental and economic nightmare for people who live, work and play along hundreds of miles of Gulf shoreline from Florida to Texas. It also spurred civil and criminal investigations, cost gaffe-prone BP chief Tony Hayward his job and brought increased governmental scrutiny of the oil and gas industry, including a costly moratorium on deepwater offshore drilling that is still in place.

Gulf residents will be feeling the pain for years to come. There is still plenty of oil in the water, and some continues to wash up on shore.

Many people are still struggling to make ends meet with some waters still closed to fishing. Shrimpers who are allowed to fish are finding it difficult to sell their catch because of the perception -- largely from people outside the region -- that the seafood is not safe to eat. Tourism along the Gulf has taken a hit.

BP took some of the blame for the Gulf oil disaster in an internal report issued earlier this month, acknowledging among other things that it misinterpreted a key pressure test of the well. But in a possible preview of its legal strategy, it also pointed the finger at its partners on the doomed rig.

By Harry R. Weber, Associated Press writer

**Related topics:** bp, oil spill gulf of mexico 2010

**Sponsored Links**

Mortgage Rates Hit 2.69%
If you owe less than $729k you probably qualify for govt Refi Programs
www.SeeRefinanceRates.com

"Strange Fruit Burns Fat"
STUDY: Melts 12.3 lbs of Fat Every 28 Days. Learn More!
www.PostSentinel.com

Do NOT Buy Car Insurance!
Your Auto Insurer Hates This. 1 trick to get extremely cheap rates!
www.news9consumer.com

Share this story                              Story tools    Email    Print

**More stories in 2010 Gulf of Mexico Oil Spill**

Previous story                                              Next story
Press seminar on bayside on January for birds                no oil found at oil spill crew junction in Gulf
interested in helping oiled birds                            of Mexico

## Comments

September 17, 2010 at 4:53PM

Follow

The following is false:
Shrimpers who are allowed to fish are finding it difficult to sell their catch because of the perception -- largely from people outside the region -- that the seafood is not safe to eat.

Locals also are convinced that the shrimp are not safe. Independent testing shows dangerous levels of hydrocarbons and dispersant components in waters where the shrimp live and the sea floor where they borrow is also covered in oil. Many reports that landed shrimp have a bad smell

Reply    Post now                                            Inappropriate?

Users with the most NOLA.com comments in the last 7 days

    TinFoilHatGuy

BigGovtMule

    mauspench

    dninc79

    Bovine Substance

Connect with NOLA.com
What's this?

Recommendations

BP oil spill's health effects will be felt for generations, scientists warns
1,105 people shared this.

Anderson Cooper named a grand marshal of 2011 Endymion Mardi Gras parade
1,106 people shared this.

New Orleans Saints Coach Sean Payton and his family will maintain residences in New Orleans and Gulf
367 people shared this.

Woman ill man with broken neck, Houma police say
154 people shared this.

From Our Advertisers

Advertise With Us »

Popular Tags                                    What's this?

barack obama bobby jindal bp coastal restoration congress energy environment fishing grand isle gulf of mexico ken feinberg mary landrieu mitch landrieu new orleans offshore fishing oil rig explosion oil rig explosion gulf of mexico oil spill claims oil spill gulf of mexico 2010 oil spill hearings update oil spill trajectory plaquemines st. bernard st. tammany tp oil spill video

 Advance Internet                       Home |
                                        News |
Site Map | Advertise | Contact us          Weather |
Make us your home page

BP resumes dividends despite full-year loss | NOLA.com





Sign in | Register for free

Site Search     Search Local Business Listings

Search for keywords, people, locations, obituaries, Web ID and more...   Submit C

Brought to you by:

| Home | News | Weather | Sports | Entertainment | Living | Interact | Jobs | Autos | Real Estate | Rentals | Classified Ads |

News    Crime    La. Politics    Education    Opinions    Business    Northshore    Videos    Photos    Obituaries    Katrina Archive

**Top Stories**

 Endymion grand marshal: Anderson Cooper

 Woman assaulted boyfriend with frozen steak

 Today's Events

Home > New Orleans Business News > Breaking News

# BP resumes dividends despite full-year loss

Published: Tuesday, February 01, 2011, 12:28 PM    Updated: Tuesday, February 01, 2011, 12:29 PM

By The Associated Press

Be the first of your friends to like this.

Share  6



BP announced Tuesday it is resuming dividend payouts for the first time since the Gulf of Mexico well disaster, despite suffering its first full-year loss since 1992, and plans to sell off almost half of its U.S. refinery business.



BP PLC's CEO Bob Dudley during a results media conference at their headquarters in London Tuesday. BP announced Tuesday it is resuming dividend payouts for the first time since the Gulf of Mexico oil well disaster, despite suffering its first full-year loss since 1992, and plans to sell off almost half of its U.S. refinery business.

Alastair Grant, The Associated Press

BP said a stronger-than-expected end to 2010, in which high oil prices lifted fourth quarter profit by 30 percent, was not enough to avoid a full-year loss of $3.7 billion.

It raised to $40.9 billion its estimate for the overall cost of the spill. The charge covers the cost of the explosion aboard the Deepwater Horizon rig, which killed 11 workers in April, as well as plugging the well and cleaning up the southern U.S. coast. BP said the final total "is subject to significant uncertainty."

BP, which suspended dividends following the Macondo well blowout in the Gulf of Mexico in April, said it would pay out 7 cents per share, or about $1.25 billion over all -- half the amount paid in the fourth quarter of 2009.

"We believe now is the right time to resume payment of a dividend to our shareholders," said Chairman Carl-Henric Svanberg.

"We have chosen a prudent level that reflects the company's strong underlying financial and operating performance but also recognizes the need to fully meet our obligations in the Gulf of Mexico and to maintain financial flexibility."

The company's fourth quarter profit of $5.6 billion was up from net earnings of $4.3 billion a year earlier. However, for the full year BP booked a loss of $3.7 billion compared with a profit of $16.6 billion in 2009.

### More New Orleans Business News

**Most Comments**   Most Recent

New Orleans Business News stories with the most comments in the last 7 days.



**Most Active Users**    What's this?

BP resumes dividends despite full-year loss | NOLA.com

Replacement cost profit -- a closely watched industry measure which reflects inventory gains and losses -- was $4.6 billion for the quarter, up from $3.4 billion a year earlier. For the full year BP saw a replacement cost loss of $4.9 billion, compared with a profit of $14 billion in 2009.

BP PLC shares were down 2.9 percent at 482 pence in early trading on the London Stock Exchange.

"The market may be slightly underwhelmed by the lack of a more radical restructuring plan but with Macondo still an ongoing issue it may be too early for BP to implement more radical plans," said Richard Griffith, analyst at Evolution Securities.

BP did not say how much it expected to gain from the sale of its U.S. refineries, which include the Texas City refinery where 15 workers died in a massive explosion in 2005.

It said it had spent more than $1 billion modernizing the Texas City plant, but noted it "lacks strong integration into any BP marketing assets." However, BP said it will keep the chemicals complex at Texas City.

The company said it also hopes to sell the Carson refinery near Los Angeles along with its marketing business in southern California, Arizona and Nevada. The company plans to concentrate its U.S. refining and marketing activity at Whiting, Indiana and Cherry Point, Washington, as well as in its 50 percent stake in the Toledo, Ohio facility.

"2011 will be a year of recovery and consolidation as we implement the changes we have identified to reduce operational risk and meet our commitments arising from the spill," said BP Chief Executive Bob Dudley. "But it will also be a year in which we have the opportunity to reset the company, adjusting the shape of our business, and focus on growing value for shareholders."

Meanwhile, BP's lawyers were due in court in London on Tuesday to contest a challenge to the company's ambitious plans to explore for offshore oil in the Arctic with its new Russian partner, Rosneft.

BP's current Russian joint venture, TNK-BP, is seeking an injunction to block the deal on grounds that it violates their agreement. TNK-BP now accounts for a quarter of BP's oil production.

BP's Russian partners in the AAR consortium, which owns the other half of TNK-BP, on Monday voted against a $1.8 billion dividend payout for the fourth quarter, a move that would deprive BP of $900 million.

In the Gulf of Mexico, BP said activity has been winding down since no significant volume of oily liquid has been recovered from the Gulf since July 21, and 98.8 percent of the waters formerly closed to fishing had been reopened. The number of people employed on the cleanup had dropped from 20,000 to about 6,200, BP said.

As of this weekend, about 91,000 people and businesses had filed for final settlements of claims from the $20 billion fund, administered by Washington lawyer Kenneth Feinberg. Thousands of people have received some money to tide them over until a final settlement amount is offered, but only one has been fully paid -- a $10 million claim which BP called a unique situation.

**Related topics:** bp, oil spill gulf of mexico 2010

**Sponsored Links**

Users with the most NOLA.com comments in the last 7 days

TinFoilHatGuy

BigGovtNtula

muspanch

dninc79

Bovine Substance

**Connect with NOLA.com**
What's this?

All Facebook & Twitter accounts »

**Recommendations**

BP oil spill's health effects will be felt for generations, scientist warns
1,058 people shared this.

Anderson Cooper named a grand marshal of 2011 Bacchus Mardi Gras parade
1,102 people shared this.

New Orleans Saints coach Sean Payton and his family will maintain residence in New Orleans and Dell
198 people shared this.

Woman hit man with frozen steak, Houma police say
142 people shared this.

Recent activity »

**From Our Advertisers**

Advertise With Us »

**Popular Tags**
What's this?

banking barack obama bp corporate earnings economic development economy energy entergy hurricane katrina insurance jefferson jefferson parish council jefferson parish politics john gin kenner metairie new orleans oil rig explosion oil spill gulf of mexico 2010 personal finance power real estate st. tammany tourism west bank

Advance Internet

Site Map | Advertise | Contact Us
Make us your home page

Home |
News |
Weather |

**Patent Figure 1 of 2**



FIG. 1

EXHIBIT 'E' page 2

Patent Figure 2 of 2



FIG. 2

**EXHIBIT 'F'**
Franklin R. Lacy
4532 W. Kennedy Blvd., #125-A
Tampa, Florida 33609
(360) 378-6918
northernexp@centurytel.net
August 9, 2010

Mr. Robert Dudley, BP CEO
c/o BP America, Inc.
501 Westlake Park Blvd.
Houston, TX 77079

Subject: Request Acknowledgment of My Successful May 25, 2010 Solutions to Stop BP Oil Spill

Dear Mr. Dudley:

Congratulations on your recent promotion.  I own 161,000 shares of BP stock.  Enclosed is my letter of July 5, 2010 to President Obama.  The attachments of this letter contain the verifiable solutions sent to BP that are now being used to stop the oil spill.  BP received my solutions on May 25, 2010, I have subsequently twice resubmitted essentially the same solutions.

As you can see in the attached July 5th letter (sent to all state Governors, all 100 U.S. Senators, around 120 U.S. Congressional Representatives, and the President including members of his cabinet), I have considerable influence on our government.  I am trying to get the government to allow the drilling resumption by providing a practical face-saving solution that is without fear of harm to the environment.  If you publicly acknowledged my contribution to the stoppage of the oil leak, it would provide considerable pressure for getting the Gulf drilling to continue.  It could also minimize any penalties charged to BP.  Further since I am an engineer, it would be useful to my career.  After all, I did expend the effort in BP's behalf by coming up with the successful solutions.

An enclosed Wall Street Journal oil spill time line chart shows where my May 25 solutions fit into what had been occurring.  Thank you in advance for any consideration you give this request.

Very truly yours,


Franklin R. Lacy

THE WALL STREET JOURNAL.

Wednesday, July 28, 2010

## NEWS

# new path as it logs huge loss



**A long slide | BP's shares have tumbled since the April disaster**

Daily share price, in pence

**April 20:** Deepwater Horizon catches fire and later sinks; 11 workers die

**April 30:** Obama halts offshore drilling projects

**May 30:** BP abandons 'top kill' effort to plug leak

**June 17:** CEO Tony Hayward tells House committee he wasn't involved in the decisions preceding the accident and declined to speculate on causes.

**July 27:** BP reports a loss of $17.15 billion for the second quarter due to oil-spill costs and names Robert Dudley as new CEO.

**July 15:** BP stops crude oil pouring out and stops leaking into the Gulf.

Source: Thomson Reuters Datastream

Photos: (left) Steven Senne/Associated Press; (right) Rush Jagoe for The Wall Street Journal (right)

A worker vacuums oil from the marsh grass in Barataria Bay, La.

waves—a recent deal to sell Apache Corp. gas assets in North America and Egypt netted the company $7 billion.

### EXHIBIT 'F' (CONT.)

Franklin R. Lacy
4532 W. Kennedy, #125-A
Tampa, FL 33609
northernexp@centurytel.net
July 5, 2010

President Barack Obama
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

**Subject: Florida Resident who has Contributed Verifiable Solutions that have
Saved the U.S. Many Billions of Dollars has Solutions to Stop the BP
Oil Spill (Partly Adopted) and to Prevent Future Spills**

Dear President Obama:

This letter addresses solutions for the Gulf oil spill.  It includes what I have done that has been adopted; what I am proposing to stop the spill; and what should be done to prevent the devastation of future oil spills.

You will remember me from his using my money saving health care solutions in his bill and emailing me in March as follows:

**Frank Lacy**

From:       'Barack Obama'
To:         'franklin Lacy' <frank@franklinlacy.com>
Sent:       Wednesday, March 17, 2010 2:47 PM
Subject:    What you're doing is working

franklin --

I wanted to take a moment to thank you directly for the outstanding work you've been doing for health reform. I can tell you that your voice is heard in Washington every day. I see how your efforts are moving us toward victory.

Thank you for making it possible,

President Barack Obama

You subsequently offered to have me co-sign his health care bill and offered to commemorate my accomplishments.  Further, "A Message from Kathleen Sebelius, Secretary of Health & Human Services" describes the results of applying my health care solutions.  Although I am reluctant to co-sign a bill that I haven't read, I would be very pleased to receive a certificate of accomplishment.  At 72 years of age, I am starting to think of my legacy.

Over the past eighteen years I came up with over 16 solutions for major social problems.  They went to all state governors, all U.S. Senators, around 200 U.S. Representatives, and the President.  All were either adopted or are in the works for adoption.  They are on my web site at http://www.franklinlacy.com .

My verifiable solutions include *Proven Personal Results for USSR Demise (1984 - 1989), Welfare Reform (April 1995), Also Medicare/ Medicaid/Healthcare (In works April 9, 2001 - Present), Elderly Rights to life and tax saving/Terri Schiavo (August 27,2004), Social Security, Tort Reform, Sexual Predators (May 23, 2005), Illegal Immigrants (April 7, 2006), Suicide Bombers/Iraq (April 22, 2007), Greenhouse Gases, Population, Education, Ethanol Hoax, Religion Compatibilities (January 4, 2008).* My Greenhouse Gases, Population, Education, Ethanol Hoax Solutions are currently at least partially being implemented.  A good number of states have implemented my Sexual Predator Solution to huge success.  It also applies in reducing other crimes. You might want to take another look.   I gave this solution away to the public; although I could have made a lot of money on it.

**My Iraq solution of April 22, 2007 includes causing them to become a more peaceful country** by impressing upon former President Bush the importance of politically dealing with the tribal chiefs directly.  It followed my trip to 5 Middle Eastern Countries in March 2007 in order to seek solutions. Dealing with the tribal chiefs directly caused them to realize that the United States is not an invader but is a friend.  Their people stopped shooting at our country's soldiers and helped reveal the location of Improvised Explosive Devices (IED's).  They also revealed the location of terrorists.  In February 2007 we had an increase in troops, which led to an increase in American casualties until May 2007. Much of our government was in favor of abandoning Iraq by immediately pulling out our troops.   On April 22, 2007, my solution to directly deal with the tribal chiefs and my solutions to end suicide bombers were sent to former President Bush, Secretary of Defense Gates, Secretary of State Rice, Homeland Security Secretary Chertoff, all of the U.S. Senators, approximately 160 members of the U.S. House of Representatives, and all 50 state Governors.  Because of my prior successes in solving quite a few social problems, my letters tend to be read.  In May 2007 our country started dealing politically with the tribal chiefs of Iraq, and American casualties in Iraq dropped to as little as 3 per week during the rest of 2007 as a result.  In August 2007, John Bolton told me that our government hadn't been dealing with the tribal chiefs prior to May 2007.  The experts are now recognizing that this is the major change that turned around the course of the Iraq war.  We all want to get our forces out of Iraq as soon as possible.  It's a matter of how we want to do it.  My practical solutions that are being implemented to get us out will leave a job well done and a friend for life.  The choices are clear.  We are trying something similar in Afghanistan and Pakistan.

My successful efforts in 1984 – 1989 contributed to the Demise of the former Soviet Union.  Please verify this on my web site.  On it is a letter of gratitude from the Prime Minister's office of the Czech Republic in addition to other evidence.  In August 2007, I was having dinner with the late Richard Allen, President Reagan's former National Security Council advisor.  Mr. Allen told me that President Reagan has been given credit for the Soviet Union demise because he maintained a strong military.  I had asked my government not to release my name, and they obliged.  No one would give up a form of government unless they had something they thought was better.  I convinced the Soviets of a better way.  Please see my web site on how I verifiably did it.

There are more practical, cost effective solutions that I have not as yet sent in.  This includes the banking/housing problem (November 2008) and unemployment (August 2009).  Few have more experience and knowledge of banks than me.  I have intensely studied and successfully invested in banks since 1981.  Comparing my bank investment percentage returns with Warren Buffet's Berkshire Hathaway stock price tracking since the early 1980's, I have done 21% better.  I only invest for my own portfolio.  Please don't try to shake more solutions out of me by giving me a politically inspired detailed tax audit.  When the government did this in 1989, they didn't find anything wrong

because there wasn't anything wrong, but it caused me to clam up and not offer any other solutions for 6 years.

Enclosed is a picture of Chinese junk, a one year old alleged stainless steel shackle that was supposed to stand up to salt water.  Notice that the stainless steel tie wire is like new while the shackle is completely eaten through.  It was a real mystery over the years why my dock lines were letting loose on my patented rough water dock system.  The shackles, on the end of those lines, would disintegrate and were nowhere to be found.  Then the pictured shackle loosely hung from one dock section, so I knew what was happening.  This Chinese problem cost me a lot of money as well as the development of a new industry.

## BP Oil Spill Solutions

I wrote a solution to BP on May 25, 2010 (Please see exhibit 'A'), and they adopted some of it.  Part of the solution involved stopping the gases from freezing and allowing the oil to be evacuated by equalizing the pressure and temperature inside the oil evacuation chamber.  This means keeping enough suction on the chamber's top evacuation pipe to reduce the pressure in the collection chamber so that it is no more than the pressure outside the collection chamber.  Also the temperature inside the collection chamber must be kept at least the same temperature as the escaping gas environment.  This solution was sent in just before the failed Top Hat solution was tried.  After receiving my solution, BP adopted it successfully for 100,000 gallons per day of oil recovery.  Using my solution as I submitted on May 25 and again on June 1, 2010 (Please see exhibit 'B') a larger chamber will recover all the oil and stop the spill.  My solution has prevented a lot of oil from escaping and getting on our beaches as well as hopefully saving our fishery.

## Future Safe Guard Against Oil Spills

I understand that the well head is some 40 feet above the Gulf floor.  It is human error to override safe guards in the name of production.  The people on the rigs either don't fully understand or forget the ramifications of taking short cuts when faced with the immediacy of meeting production schedules.  Legislating against being stupid won't work.  A solution must be put in place that humans can't override.  It would be the final safe guard.

The solution is to start by creating an elevated impervious (concrete) safety platform just below the well head for all wells.  This is marked, "Lacy Level" on the enclosed exhibit 'C'.  Then if there is a catastrophic spill in the future, a dome or open bottom (cylindrical) chamber can be lowered and cam locked onto the Lacy Level platform at the same time pumping is achieved, through a pipe on top of the chamber, faster than the amount of oil spewing out from the spill.  The temperature in the chamber would be kept at least at the temperature of the gases and the surrounding temperature outside the chamber.  Once secured with the pumping stabilized and the cam locks, a separate pipe on the chamber will be used to infuse driller's mud and concrete, filling the chamber from base to top.  A vertical pipe with both ends open must be mounted on center in advance inside the chamber.  This vertical pipe will permit oil to continue to be sucked from the top of the chamber while concrete is pumped into the chamber surrounding the outside of the vertical pipe.  After the concrete sets up, either 1). The oil pumping can be stopped and the pumping reversed with driller's mud and concrete pumped in order to plug the well or 2).  A pre-mounted new well head with production safe guards placed on top of the chamber can be used to continue oil production from that well.

Very truly yours,

Franklin R. Lacy

## Proprietary (with intensions to pursue patent)



Exhibit 'C'

Suction Pipe on top

(With New Well Head)

Concrete/Mud Infusion Pipe

Vertical Pipe Inside Chamber

Open Bottom Chamber

Lacy Level

Gulf Bottom

WELL

Alternative Technology Response Form                                    Page 1 of 1

Exhibit 'A'

# Alternative Technology Response Form

This form is too be used ONLY if you wish to submit an idea or Alternate Response Technology for containing the Source or Spill in support of the Deepwater Horizon Incident. An attachment containing technical details can be included with the form. If more than one attachment is required, they must be compressed into a single zip file. If you have Products, Services and/or Equipment you wish to make available for either containing the Source or Spill, please use the Products / Services / Equipment Information Sheet on the previous page. An attachment containing technical details can be included with the form. If more than one attachment is required, they must be compressed into a single zip file.

Go Back

**Contact Information (\* indicates required information)**

| | | | |
|---|---|---|---|
| First Name\*: | Franklin | Last Name\*: Lacy | Date: 05/25/2010 |
| Company: Stable Bulkheads and D | State\*: FLORIDA | | or Country (If Not in U.S.): ZIP: 33609 |
| Primary Phone\*: 2399702213 | Other Phone: 8133796327 | | Email\*: northernexp@centuryte |

**Brief Description of Technology (200 words or less)**
This is a solution for the: ● Spill   ○ Source
This is a new twist to what you did. Lower an open bott om cylinder
with a slot for straddling the damaged pipe. As the cyl inder is
lowered, a suction pump will operate to keep the tempera ture and
pressure in the cylinder equal to or slightly lower (for   pressure) than

**Materials Required (50 words or less)**
A cylinder or chamber much like you already have, but mo dified as
stated above. I tend to be quite practical. This is th e best I can
suggest with the parameters provided. I am just not pri vy to all the
facts.

**Equipment Required (50 words or less)**
You already have the ships and the large pumps

**Expertise Required – including description and numbers (100 words or less)**
You did not like my other idea (of ringing a central enc ompassing
cylinder with suction -type caison anchors) due to some s pecial
conditions around the well that were not enumerated, so  the above is an
alternate solution that should work. As you can see on  my web site

**Attachments - Size Limit: 2MB (NOTE: if you have more than One (1) attachment, you MUST ZIP before uploadir**
File: [ Browse... ]

[ Submit ]

http://www.horizonedocs.com/artform.php


5/25/2010

Exhibit 'B' page 1 of 2

**Frank Lacy**

| | |
|---|---|
| **From:** | "Frank Lacy" <northernexp@centurytel.net> |
| **To:** | <Horizonsupport@oegllc.com> |
| **Cc:** | "Frank Lacy" <northernexp@centurytel.net> |
| **Sent:** | Tuesday, June 01, 2010 6:26 PM |
| **Subject:** | Relatively Simple Permanent Spill Fix |

Note June 1 date
to left

# Alternative Technology Response Form

This form is too be used ONLY if you wish to submit an Idea or Alternate Response Technology for containing the Source or Spill in support of the Deepwater Horizon Incident. An attachment containing technical details can be included with the form. If more than one attachment is required, they must be compressed into a single zip file.

If you have Products, Services and/or Equipment you wish to make available for either containing the Source or Spill, please use the Products / Services / Equipment Information Sheet on the previous page. An attachment containing technical details can be included with the form. If more than one attachment is required, they must be compressed into a single zip file.

Go Back

**Contact Information (* indicates required information)**

First Name*: Franklin          Last Name*: Lacy          Date: 06/01/2010

Company: Stable Bulkheads and D          State*: FLORIDA          or Country (If Not in U.S.):

Primary Phone*: 2399702213          Other Phone: 8133796327          Email*: northernexp@centu

**Brief Description of Technology (200 words or less)**
This is a solution for the: ⊙ Spill   ○ Source    Note: See enlargement below!

Now that you are cutting off the broken well head pipe, You can encompas the whole well head using these incremental steps for a permanent fix. You might be able to use the first attempt chamber that is on the bottom with a few modifications even if it

**Materials Required (50 words or less)**

Driller's mud, concrete, lighter weight chamber covering the whole well head down to the sea botttom. Keeping the pressure inside the chamber equalized with the chamber outside pressue will allow the light weight materials.

**Equipment Required (50 words or less)**

On site equipment now there.

**Expertise Required – including description and numbers (100 words or less)**

Just what you have on hand. If you use my ideas, please give me credit. I own 161,000 shares of BP. I am very cocerned with the appearance of ineptness even though it isn't true.

**Attachments - Size Limit: 2MB (NOTE: if you have more than One (1) attachment, you MUST ZIP before**

6/8/2010

Exhibit 'B', page 2 of 2

File: [_____] [Browse...]
[Submit]

Attachment is below for relatively simple step-by-step Description of Technoligy

Now that you are cutting off the broken well head pipe, You can encompas the whole well head using these incremental steps for a permanent fix. You might be able to use the first attempt chamber that is on the bottom with a few modifications even if it is made of lighter materials than would alone contain the pressures. Read on. Since gases floated the original chamber above the bottom, it could be brought to the surface for modification using either compressed gas in the chamber or a bladder inside the chamber into which compressed gas can be pumped. I sent you some solutions that you are apparebtly using. I told you how to lower a chamber with a suction hose on top, so it won't freeze. You are calling my solutions a learning experience from the first chamber lowering. You had given up on the chamber lowering and pumping technique. Now, after calling the top hat method a much lower chance of success, you put top hat ahead of my solutions in priority. I feel that you did not know my solution until I sent it to you. Possibly that is why you tried top hat. I would have liked you to go with a total well head encompasing chamber where driller's mud can seal the chamber-to-sea-bottom contact. Then concrete can be separately pumped into the chamber while the suction on top equalizes the pressure inside the chamber with the pressure outside the chamber. The concrete will set up in these pressure-equalized conditions. A cylindrical pipe with two open ends would have been mounted vertically inside the chamber to extend from just above the well head to just below the top of the inside chamber. In that way concrete can be pumped in the chamber all the way up to the top with the oil still allowed to be sucked at the top of the chamber. When this concrete sets up, the suction pump(s) sucking oil from the top of the chamber can be shut off, and drillers mud and concrete can be forced down this former suction pipe, without leakage, to seal the well forever. The narrow oil passage route won't exert as much upward pressure on the inside chamber top since the rest of the chamber inside is already sealed off.

6/8/2010



**Office of the Government of the Czech Republic**
Department of Advisors to the Prime Minister

*Prague, December 31, 2002*

*Dear Mr. Lacy:*

*Let me thank you on behalf of the Prime Minister of the Czech Republic J.E. Mr. Vladimír Špidla for your interest in the stabilization of Central and Eastern Europe and the relations of the Czech Republic with Russian Federation as you note in your letter of August 30, 2002.*

*I would like to assure you that the Czech Government gives increased attention to the political dvelopment in the Russian Federation as well as in the other states of the former Soviet Union. This applies both to the period when we have become a member of NATO and will be valid in the period when we will join the European Union in accordance with the outcome of the EU summit in Copenhagen on December 13, 2002.*

*We greatly appreciate every initiative, be it at the level of the government or an individual, who have contributed considerably to the change of the political landscape in the world. We are aware of the fact that an important place belongs especially to the United States, but not only to the government, but also to its citizens like you, who have so significantly engaged themselves. To all of them goes our thanks.*

*In this context I would like to use my personal letter to wish you, as well as to all Americans, all the best in the coming year 2003 much success, and personal happiness.*

*Sincerely,*

*Jarmila Škvrnová*
*Director, Chief Advisor to the Prime Minister of the Czech Republic*

*Mr. Franklin R. Lacy*
*P.O. Box 609*
*Friday Harbor*
*Washington 98250*
*U.S.A.*



Chinese Junk "Stainless Steel" Shackle after 1 year
in salt water.  It should be impervious to salt water.
Note Stainless Steel cotter pin and twisted wire is
unaffected by salt water during same period (bolt end).
This has prevented me from selling patented rough water dock system.
Chinese junk shackles caused me many years of time wasted replacing mooring
lines because of their inferior shackles causing dock anchoring failures.
Finally this shackle was left hanging on dock eyebolt after lines escaped.

EXHIBIT 'G'

There it be...



blow out preventer

Flared Locking (docking) can Locks

Clamps To locking pipe To provide

Locking ring

Oil Spill Stopped: Video of BP's new cap sealing leak for first time - YouTube

**EXHIBIT 'H'**



About fucking time!

Who would you rather be?

now to post a comment!

Ron jeremys dick woulda pluged the hole

It didn't work, there's a new leak as of August 31, 2011, once again Obama has instructed the media to bury the news and keep acting like business as usual. Google it.

USA must revenge to uk COS OF THIS,this is serious,USA if u did nothing UK WILL FUCK YOU FOREVER....do some friendly fire in Iraq,Afghan or something better...

- yes RITYE I'll show gratitude when Obutthead is LOCKED up in Alcatraz

they cood've had it capped the 1st week

Incognito9687 9 months ago - got it right

The oceans will be fished out by 2050, so this doesn't really matter does it?

Come back with your bullshit conspiracy theories when you can satisfy from a sentence.

**bp**

**EXHIBIT 'I'**



R R Hymers

Chartered Patent Attorney
European Patent Attorney

BP International Limited
Global Patents & Technology Law
Chertsey Road
Sunbury-on-Thames
Middlesex TW16 7LN
United Kingdom

Direct Telephone: +44 1932 763205
Direct Facsimile: +44 1932 762388
e-mail: formalities@bp.com

Franklin R. Lacy
4532 W. Kennedy Blvd, #125-A
Tampa
Florida
FL33609
USA

2nd November 2010

Dear Mr. Lacy,

I have been requested to respond to your letter dated 9 August addressed to Mr. Robert Dudley regarding the ideas that you submitted for stopping the oil spill in the Gulf of Mexico.

BP is very appreciative of the many thousands of people across the globe who offered their ideas for stopping the flow of oil into the Gulf or for containing the oil. I note from the records that you submitted your suggestions on 25 May and 1 June. Your proposals were reviewed by the technical and operational personnel that were assessing all the ideas and they decided that a similar concept had already been considered or planned.

A huge number of ideas have been received, many of which were duplicate suggestions, including many that duplicated our own internal ideas and developments. We appreciate you taking the time and effort to submit your suggestions. As your proposals did not progress beyond the first stage of the assessment process they were not passed to those who were developing the equipment and processes that were implemented on the Macondo well and so were not used.

I would appreciate it if you would address any further correspondence on this matter directly to me.

Yours sincerely,

R R Hymers
Managing Patent Attorney E&P
**Global Patents & Technology Law**

**EXHIBIT 'J'**

Franklin R. Lacy
4532 W. Kennedy Blvd., #125-A
Tampa, Florida 33609 USA
Telephone +00 813 422 3349
northernexp@centurytel.net
January 11, 2011

Mr. R. R. Hymers, Managing Patent Attorney E&P
BP International Limited
Global Patents & Technology Law
Chertsey Road, Sunbury-on-Thames
Middlesex United Kingdom TW16 7LN

Dear Mr. Hymers,

Thank you for your letter of 2nd November 2010.

Enclosed is a time line graph with key events of the oil spill. As you know, BP tried a Top Hat solution after the April 20, 2010 oil spill started. BP abandoned that when the gases froze up clogging the pipe(s) and lifting up the containment structure. The Top Hat was similar to some patented designs. BP provided a web site and solicited suggestions to stop the deep water oil spill. I originally wrote to BP providing a different solution involving a modification of the Top Hat solution. This occurred before my May 25, 2010 and June 1, 2010 solutions. Your committee wrote back within a week stating that your committee reviewed my earlier modification of the Top Hat solution and considered it unworkable presumably for the deep water conditions having to be dealt with. Apparently if BP rejects a solution during an early stage of assessment, they will respond within a week with a letter or email of rejection.

It was announced to the press that BP was drilling 2 extra wells diagonally into the oil spill well, and BP considered these wells to be the best hope for success in stopping the on going oil spill. Bp next decided to try a Top Kill solution involving forcing concrete and/or driller's mud into the oil leak pipe. That solution also failed, and it was abandoned on May 30, 2010. I sent in my solution to stop the oil leak on May 25, 2010. BP did not send me a letter or email rejecting this solution as was apparently their habit. About the time BP abandoned their Top Kill solution they announced an ability to remove the jagged bent over end of the well pipe thereby giving it a smooth cut. I again sent in my May 25, 2010 solution on June 1, 2010. I referred to my May 25, 2010 solution and eliminated the steps that would have dealt with a bent over well pipe end. The fact that BP did not reject my solutions of May 25, 2010 thence adjusted on June 1, 2010 would indicate that they indeed did get past the first stage of the assessment process. You appear to be in error on your statement, "As your proposals did not progress beyond the assessment process …..". BP then announced that you have a better way to stop the oil leak, and BP proceeded to use my solution at first partially, and then fully to stop the oil leak on July 15, 2010. The full stoppage occurred when BP brought in a ship with greater pumping capacity in order to complete the leak stoppage using my solution. Some form of my solution appears to have stopped the oil leak.

I wrote 12 patentable claims that involve my solution. From my standpoint, BP seems to be trying to take ownership of my intellectual property. BP appears to be taking advantage of my willingness to send in my solution before I had it patented. The demands of the moment with an ever increasing environmental catastrophe caused me to do it. What is happening appears to put BP's business ethics into question.

Please send me verifiable proof that before May 25, 2010, BP or others provided the solution used to

stop the Gulf oil leak.  Please indicate how what you did to stop the oil leak is similar to the solutions sent to you by me on May 25, 2010 and June 1, 2010.  Please indicate how what you did to stop the oil leak is not similar to the solutions sent to you by me on May 25, 2010 and June 1, 2010.  It is good that we are trying to resolve this matter before I have to hire an attorney and the claim would escalate.

It is human nature for employees who see an obviously good idea to progressively think, 1). "But of course, why didn't I think of that"; 2). "It is my job to think of these solutions, I better twist this solution around to include myself as the author"; and 3). "BP was thinking about this idea all along."

For an example of an obvious solution missed for years, when the Iraq war was going on for almost 5 years and we were losing, no one bothered to get into studying the local customs of the people until I did in March and April of 2007.  We did not learn that each Iraqi's total loyalty belongs to the tribal chief and not at all to any central government.  It goes back to their Bedouin tribal days; wherein peoples' survival in a hostile environment depended on their family groups or tribes.  Before I wrote my letter of April 22, 2007 explaining this to all the key leaders of my government, they were not even politically dealing with the tribal chiefs.  We were considered invaders by the tribal chiefs, so they sided with Al Qaida and warred against us. After receiving my letter of April 22, 2007, our government started dealing with the tribal chiefs.  That changed the war and influenced a change in Iraq's constitution giving a stronger voice to the tribal chiefs.  The tribal chiefs then realized we were friends, not invaders.  They turned in the terrorists and their hidden explosives.  They quit shooting at us.  The war completely turned around.  This is the case of an obviously good idea not having been thought of for approximately 5 years.  Then I went to the Middle East, and I sent our government this obvious solution that ended the Iraq war.

The fact that I sent BP an obviously good idea for stopping the oil leak should not be confused with a feeling that BP would have thought of it on its own.  BP's approach to a solution appeared to be overpowering the oil leak.  BP's solution at the time was entirely different from my solutions.

Enclosed are my earlier solution of May 15, 2010 and your rejection letter of this solution dated May 20, 2010.  Also enclosed are the first page of my solution of May 25, 2010 and my follow up solution letter of June 1, 2010.  BP did not reject either of these solutions.  BP used them to stop the oil spill.

If this winds up in a lawsuit and I prevail, what would be in the minds of a jury?  From BP's point of view, a jury would probably figure that an engineer, who could not stand by waiting for a patent first, sent in a solution to stop the oil leak thereby ending an environmental and national disaster.  His solution was tried and worked at a time when no one else was coming up with anything viable.  Now BP is trying to steal the solutions of that engineer and claim them as their own.  The saying, "No good deed goes unpunished" comes to mind, but the jurors can strike out against this huge oil giant who created this disaster and make things right.  In addition, punitive damages are in order to send out a strong message to like-thinking corporations that this type of unethical behavior will not be tolerated.

Very truly yours,


Franklin R. Lacy

THE WALL STREET JOURNAL.

Wednesday, July 28, 2010

# NEWS

## new path as it logs huge loss

**A long slide** | BP's shares have tumbled since the April disaster



**April 20:** The explosion of the Deepwater Horizon rig catches fire and later sinks, 11 workers die.

**April 30:** Obama halts offshore drilling projects

**May 30:** Top kill attempt to plug well effort fails

**June 17:** CEO Tony Hayward tells a House committee he wasn't involved in the decisions at the well

**July 27:** BP reports loss for the second quarter due to the spill. Hayward named to step down as CEO.

**July 15:** BP successfully installs a cap on the well and stops the flow of oil leaking into the Gulf

**Daily share price, in pence**

Source: Thomson Reuters Datastream (share price); Bloomberg (events); Peter Wynne Morris/Associated Press (photo)

A worker vacuums oil from the marsh grass in Barataria Bay, La.

wares—a recent deal to sell Apache Corp. gas assets in North America and Egypt netted the company $7 billion.

BP formally announced Thursday



bp

**EXHIBIT 'K'**

R R Hymers

Chartered Patent Attorney
European Patent Attorney

BP International Limited
Global Patents & Technology Law
Chertsey Road
Sunbury-on-Thames
Middlesex TW16 7LN
United Kingdom

Direct Telephone: +44 1932 763205
Direct Facsimile: +44 1932 762388
e-mail: formalities@bp.com

Via Post and Email – northernexp@centurytel.net

Franklin R. Lacy
4532 W. Kennedy, #125-A
Tampa, Florida 33609
USA

7 February 2011

Dear Mr. Lacy,

I am writing to respond to your letter dated 11 January.

I appreciate your effort in setting out the timeline of events surrounding your submissions to the Horizon Support Team.  Your letter, however, does not present any new information that would cause reconsideration of the conclusion set out in my last letter dated 2 November.

At its peak, the Horizon Support Team was receiving thousands of suggestions per week.  The Team set up a triage process to individually review each suggestion.  When a suggestion was triaged, the database containing all the suggestions was set up to send out an automatic email, depending on the assessment of the suggestion.  You acknowledge that you got such an email regarding your first suggestion on May 20, 2010. The same system was in place when you made your second and third suggestions on May 25 and June 1.  These suggestions were given the same assessment as your first suggestion – that something similar was already being considered/planned.  Thus, the database was set up to automatically send you emails notifying you of this assessment, as with your first suggestion.

Regardless, none of your suggestions were progressed beyond the first stage of the assessment process and thus none were passed to those developing the equipment and processes implemented on the Macondo well.

Contd/...

Registered in England and Wales No. 542515
Registered Office Chertsey Road
Sunbury-on-Thames, Middlesex, TW16 7BP

2

**EXHIBIT 'K' page 2**

As I stated in my earlier letter, we are very appreciative of your interest in trying to help us deal with the oil spill in the Gulf.  However, as BP did not implement any of your suggestions, we do not consider compensation to be justified.

Yours sincerely,

R R Hymers
Managing Patent Attorney E&P
**Global Patents & Technology Law**

**EXHIBIT 'L'**

Franklin R. Lacy
4532 W. Kennedy Blvd., #125-A
Tampa, Florida 33609 USA
Telephone +00 813 422 3349
northernexp@centurytel.net
February 14, 2011

Mr. R. R. Hymers, Managing Patent Attorney E&P
BP International Limited
Global Patents & Technology Law
Chertsey Road, Sunbury-on-Thames
Middlesex United Kingdom TW16 7LN

Dear Mr. Hymers,

Thank you for your letter of 7th February 2011.

Your argument, that my solutions got overlooked somehow internally in BP while BP went ahead and readily used them, is very weak. I don't believe a jury would buy it. Beware of traps in this logic if you try to pull this off. Our late President Ronald Reagan used to say, "Trust, but verify." Because you did not send me any requested proof, I did my own research before I wrote this letter and made the assertions contained herein.

Let me summarize what has happened as I (and possibly a jury could) see it.

1.  On April 20, 2010, BP in concert with partner companies had a serious deep water Gulf of Mexico on-going oil spill.

2.  BP requested the help and expertise of anyone in the public to stop the huge volume of oil that was leaking into the Gulf and to clean up the resulting spill. BP set up a web site to receive solutions.

3.  I responded with solutions on May 15, 2010 and on May 25, 2010. The later solution was sent in after my May 15, 2010 solution was rejected by BP on May 20, 2010. On June 1, 2010, I simplified my May 25, 2010 solution to adjust for the leaking pipe being recently cut off square by BP. The June 1, 2010 adjusted solution just eliminated a few preliminary steps that were not needed anymore since the leaking pipe was being cut.

4.  BP did not write to me rejecting my solution of May 25, 2010 or my modification to allow for cutting off the bent over leaking pipe, which was sent in on June 1, 2010. Instead, BP used my solution(s), and the leak was stopped on or around July 17, 2010. For a month prior to the leak stoppage my solution was partially used for an average leakage reduction of around 50%. My full oil leak stoppage solution apparently had to wait for a larger temporary pumping and storage facility to be located at the leaking well site.

5.  Even though my solution stopped the oil leak, the government insisted that BP complete their previously planned solution to drill a roughly parallel well intersecting and plugging the formerly leaking well deep below the Gulf floor. This was completed in mid September 2010.


Summing up events, 1. The oil leak started Mid April 2010; 2. My solution stopped the leak on July 17, 2010 after reducing by half the leakage flow for an average of 30 days before July 17, 2010; and 3. BP's original parallel drilling/plugging solution, which turned out to be redundant was completed in mid September 2010. I figure using my solution has saved BP half the cleanup costs that would have occurred if the leak was not stopped until mid September 2010, which was when BP's parallel drilling solution was completed. In other words, BP's using my solution saved 2 ½ months of leakage out of the 5 months from mid April 2010 to mid September 2010.

After the leak was stopped, I read that BP was figuring that the total cost of the spill stoppage and cleanup to be 40 billion U. S. dollars.  I believe this was for using my approach for the time it took to stop the leak and to clean up the spilled oil.  The questions become: 1. What are the savings for not having the leak go on until mid September, which was when the intersecting drilling/plugging solution was completed?  2. What are the future savings in oil company costs by using my applied for patents worldwide?  This would include having my solution readily at hand for all below water oil well drilling in the future with quick response to stop leaks.  Also this would convince Federal Governments to allow deep water drilling in the Gulf and elsewhere.

I am seriously considering running for U. S. President in 2012.  I want our country to fully embrace capitalism as our road to success.  As you can see from verifications on my web site, I am a successful problem solver.  More importantly, I possess the leadership to convince members of government and others to implement my solutions.

    Very truly yours,


    Franklin R. Lacy
    franklinlacy.com



bp

R R Hymers

Chartered Patent Attorney
European Patent Attorney

**EXHIBIT 'M'**



BP International Limited
**Global Patents & Technology Law**
**Chertsey Road**
**Sunbury-on-Thames**
**Middlesex TW16 7LN**
**United Kingdom**

Direct Telephone: +44 1932 763205
Direct Facsimile: +44 1932 762388
e-mail: formalities@bp.com

Via Post and Email – northernexp@centurytel.net

Franklin R. Lacy
4532 W. Kennedy, #125-A
Tampa, Florida 33609
USA

15th February 2011

Dear Mr. Lacy,

I refer to your emailed letter dated 14 February 2011.

I note that you believe that I have argued that your May 25 and June 1
proposals were overlooked. That is not the case. On the contrary, I have
informed you that all of your proposals were reviewed by the technical and
operational personnel that were assessing all the ideas. The technical and
operational personnel decided not to progress any of your suggestions,
including your May 25 and June 1 suggestions, beyond the first stage of the
review process. None of your proposals were therefore passed to those
developing the equipment and processes implemented on the Macondo
well and thus none were used.

Your letter does not present any new information or arguments that would
cause reconsideration of the conclusion that we do not consider
compensation or recognition to be justified.

I wish you success with your other projects.

Yours sincerely,

R R Hymers
Managing Patent Attorney E&P
**Global Patents & Technology Law**

Registered in England and Wales No. 542515
Registered Office, Chertsey Road
Sunbury-on-Thames, Middlesex. TW16 7BP

**EXHIBIT 'N'**

Franklin R. Lacy
4532 W. Kennedy Blvd., #125-A
Tampa, Florida 33609 USA
Telephone +00 813 422 3349
northernexp@centurytel.net
February 21, 2011

Mr. R. R. Hymers, Managing Patent Attorney E&P
BP International Limited
Global Patents & Technology Law
Chertsey Road, Sunbury-on-Thames
Middlesex United Kingdom TW16 7LN

Dear Mr. Hymers,

Thank you for your letter of 15th February 2011.   This is my fourth correspondence to BP since August 1, 2010.

I asked for proof so I can verify your statements; however, none was forthcoming.  As a result, I must assume that none will be received except by discovery in a lawsuit against you.  My own investigation indicates that you indeed used the solutions that I sent you in order to stop the oil leak.  This finding is contrary to your alleged implication that 1). BP did not get the solution used to stop the oil leak from me because your internal review network rejected my solutions; 2). BP did not tell me of any rejection of my May 25, 2010 and June 1, 2010 solutions despite your protocol to respond within 5 days if there is a rejection; and 3). BP went ahead and used my submitted solutions anyway as evidenced by what was done to stop the oil leak.  Because of this, discovery appears to be the next step to verify the truth.  The similarities of the solutions I sent you on May 25, 2010 and June 1, 2010 compared to the solution that BP used to stop the oil leak around July 17, 2010 are just too great.

At this time I am offering you compulsory arbitration and/or mediation ahead of a looming lawsuit.  Otherwise with a lawsuit and appeals, we could regrettably have a 15-year relationship.  On the plus side, I come from long lived people.

I notice on the news that BP signed a deal with United Arab Emirate(s) to oversee their energy program.  I understand that BP's former CEO, Tony Hayward, is overseeing the project.  Further, I received an email inviting me to bid as a consultant for building a natural gas plant in one of the United Arab Emirates.  I would have to agree to be in the country continuously for 2 years.  Since we have this looming lawsuit, it would be inappropriate for me to be out of the United States.  Please accept my regrets.

Very truly yours,

Franklin R. Lacy

**EXHIBIT 'O'**

## R R Hymers

Chartered Patent Attorney
European Patent Attorney

BP International Limited
Global Patents & Technology Law
Chertsey Road
Sunbury-on-Thames
Middlesex TW16 7LN
United Kingdom

Direct Telephone: +44 1932 763205
Direct Facsimile: +44 1932 762388
e-mail: ron.hymers@uk.bp.com

Via Post and Email – northernexp@centurytel.net

Franklin R. Lacy
4532 W. Kennedy, #125-A
Tampa, Florida 33609
USA

3rd March 2011

Dear Mr. Lacy,

I refer to your emailed letter dated 22 February 2011.

Your letter does not present any new information or arguments that would cause reconsideration of the conclusion that we do not consider compensation or recognition to be justified.

Your letter states that you are considering initiating litigation against BP regarding the suggestions you submitted in response to the Gulf oil spill.  If you decide to pursue litigation on this issue, please have your lawyer contact my associate, Jayne Piana.  Ms. Piana is a US Patent Attorney and her contact information is as follows:

Jayne Piana
501 WestLake Park Blvd.
Houston, TX 77079

Direct: 281-504-2892
Email: jayne.piana@bp.com

I wish you success with your other projects.

Yours sincerely,

R R Hymers
Managing Patent Attorney E&P
**Global Patents & Technology Law**

Registered in England and Wales No. 542515
Registered Office, Chertsey Road
Sunbury-on-Thames, Middlesex, TW16 7BP

**EXHIBIT 'P' page 1**

# THE GLOBE AND MAIL ✻

# BP floats 'static kill' plan to seal well

<u>david ebner</u>

From Tuesday's Globe and Mail
Published Monday, Jul. 19, 2010 9:51PM EDT
Last updated Tuesday, Jul. 20, 2010 12:47PM EDT

BP is preparing a new strategy to seal its busted Gulf of Mexico well which, if successful, could permanently shut down the flow of oil earlier than planned.

On Monday afternoon, BP floated its plan of a "static kill." Kent Wells, a BP senior vice-president, told reporters the idea is in its "infancy" but said a decision whether to try it would be made in the next couple days.

The idea emerged after several days of heated debate about what to do with the well following the successful installation of a containment cap last week. The cap fully cut off the flow of oil into the Gulf for the first time since the April 20 explosion that started the gigantic spill.

BP wants to keep the cap closed, to make sure ugly images of oil spewing in the Gulf don't suddenly reappear on television. But the United States government, having watched so many strategies fail, has been worried that keeping the well capped could lead to a much worse problem, possibly a major rupture in the well.

Admiral Thad Allen, the U.S. national incident commander, told reporters on Monday it is "very premature" to declare the cap would remain closed. The original idea was to reopen the cap and connect it with oil collection vessels at the surface – but the plan would also involve some oil spilling into the Gulf.

Still, as of late Monday, the collection vessel plan did not appear to be the priority.

BP's new idea of a static kill would involve pumping heavy mud into the well bore, to choke off the oil. A similar technique, called a top kill, was attempted in May but failed. The top kill could not overcome the force of oil flowing out of the well. But now that the cap is on, and holding, the forces involved are weaker and a static kill might work.

"The static kill does give us a new option," Mr. Wells said. "It's encouraging at this point but there's a couple days of work before we'd be in a position to make a decision."

The move, if it is tried and is successful, would effectively do the job of the close-to-ready relief well, which is now about a metre away from the original well. However, it will take until at least early August, and possibly mid-August, until the relief well is finished. Mr. Wells said the relief well remains "the ultimate solution."

Debate between BP and the U.S. government about how to handle the situation has been vigorous since the cap was installed.

~ 1 ~

BP floats 'static kill' plan to seal well - The Globe and Mail                    Page 2 of 2

**EXHIBIT 'P' page 2**

Signs of trouble emerged on the weekend but all indications on Monday suggested the cap is working and that the original well is intact and solid, BP and the government said. There had been fears of a seep of natural gas about three kilometres from the well but it was determined to be unrelated to the BP operation.

A small amount of oil and gas started leaking from the containment cap on Sunday night but Adm. Allen said on Monday it was not "consequential."

BP put a positive spin on the weekend discord. The exchanges included a terse letter from Adm. Allen to the company on Sunday that demanded BP react more quickly if and when seeps are detected and monitor the situation more vigorously.

"We have very good debates," Mr. Wells said on Monday. "It's what you'd expect when you bring a lot of scientists and engineers together," Mr. Wells told reporters.

The cost to take on the spill – from the cap on the well to cleanup – are escalating quickly.

In just the past week, BP spent nearly $500-million (U.S.), the company said on Monday. The total bill is now $3.95-billion.

The scale of the sprawling operation is massive. More than 40,000 people are working on the oil spill, the U.S. government said on Monday, backed by 5,640 vessels on waters of the Gulf and 116 aircraft flying above.

The containment cap, which began as a two-day test, will stayed closed at least through Tuesday afternoon. Adm. Allen is authorizing BP to keep the cap closed in 24-hour increments.

In a statement Monday morning, Adm. Allen said BP can only keep the cap closed if the company meets its "obligations to rigorously monitor for any signs that this test could worsen the overall situation. At any moment, we have the ability to return to the safe containment of the oil on the surface until the time the relief well is completed and the well is permanently killed."

---

© 2011 The Globe and Mail Inc. All Rights Reserved.

– 2 –

Exhibit "I"

# Naples Daily News

naplesnews.com | Wednesday, November 9, 2011

Gulf oil spill

# Firms: Bar fed reports from lawsuits

■ BP and its drilling partners seek to keep out criticism

**By Harry R. Weber**
Associated Press

The companies involved in the worst offshore oil spill in U.S. history are trying to prevent government investigations blaming them for the disaster from being used against them by the people and businesses who are suing them.

Billions of dollars are potentially at stake in a trial scheduled for February to determine wheth-

## OIL SPILL
from 1A

er rig owner Transocean can limit those making claims under maritime law and to assign percentages of fault to Transocean and other companies involved.

BP, Transocean and cement contractor Halliburton filed motions late Monday in federal court in New Orleans seeking to keep certain government oil spill reports out of the civil case. BP also wants a judge to bar plaintiffs' lawyers from using past criminal, civil and regulatory proceedings against the British firm in the civil case. The companies cited rules of evidence and other procedural issues.

The filings deal with the two most comprehensive federal investigations of the disaster. One that was issued in September by the U.S. Coast Guard and the agency that regulates offshore drilling concluded that BP bears ultimate responsibility for the disaster. The other report by the presidential oil spill commission blamed

See OIL SPILL, 5A

the blowout on a series of failures involving all of the players.

There was no immediate ruling.

In Washington, U.S. Rep. Edward Markey, a Massachusetts Democrat and ranking member of the House Committee on Natural Resources, scolded the companies for making the request. He noted that the CEOs of the three companies recently refused to appear before his committee to testify about the findings in the Coast Guard-Bureau of Ocean Energy Management Regulation and Enforcement report.

"Whether it's Congress or courtrooms, these companies are trying to whitewash away this dark period in our nation's environmental history. It's not enough for BP, Halliburton and Transocean to avoid talking to Congress about these oil spill reports, they don't want anyone in the courts talking about them either," Markey said in a statement Tuesday.

The Deepwater Horizon explosion in the Gulf of Mexico off Louisiana in April 2010 killed 11 rig workers and led to more than 200 million gallons of oil spewing

from a well a mile beneath the sea. The well was capped three months later, but not before hundreds of miles of coastline were stained, seafood and tourism businesses were devastated, and a fragile ecosystem was damaged.

BP PLC, which owned the well and was leasing the rig from Transocean Ltd., has already spent or committed tens of billions of dollars to clean up the oil and compensate victims. It is at risk of having to pay out billions more depending on the outcome of the civil trial involving hundreds of lawsuits. Government fines and penalties also could add significant liability.

arrived just two months ahead of the first presidential primary and nearly four years into the worst economic slowdown since the Depression.

In Ohio, a new law that severely limited the bargaining rights of more than 350,000 teachers, firefighters, police officers and other public employees was repealed. The defeat was a stiff blow to Gov. John Kasich and cast doubt on other Republican governors who have sought union-limiting measures as a way to curb spending. The disputed law per-

Lt. Gov. Phil Bryant to succeed Haley Barbour, who could not run again because of term limits. Bryant beat Hattiesburg Mayor Johnny Dupree, the first black major-party nominee for governor in Mississippi.

The Mississippi measure to define life as beginning at conception would have been the first victory in the country for the so-called personhood movement, which aims to make abortion and all illegal. Similar attempts have failed in Colorado and are under way elsewhere.

Obama offers cautious expansion of drilling in the Gulf, Alaska 5A

For archived videos, photos and stories about the spill, go to naplesnews.com/oilspill

EXHIBIT "Q"

after incident

**EXHIBIT ' R'**

These items of case law are to help justify the need for all defendants.

In PINCUS, v. BROWNE et al., United States District Court, Southern District of New York

February 26, 2007,  Second Declaration of Martin Moore QC

"...As a matter of English law, the employees of the BP subsidiaries owed no fiduciary duty to **BP p.l.c**. In so far as the wrongs alleged against these Defendants are wrongs committed in their capacities as directors, officers or employees not of **BP p.l.c**. itself but of one or another of its subsidiaries, they breached no duty to **BP p.l.c**. Because none of the directors, officers and employees of BP subsidiaries named as defendants is alleged to have owed a duty directly to **BP p.l.c**. (rather than to the subsidiaries) and to have breached such direct duty, **BP**...

...The wrongs which have been done to **BP p.l.c**. are not the breaches of regulatory, civil or criminal law -- those are the alleged wrongs done by **BP p.l.c**. (or more likely its subsidiary companies) -- but the failures of duty to supervise and ensure that **BP p.l.c**. and its subsidiaries do not commit such wrongs...."

Plaintiff reasons that this is why the suit must be bundled to include all fully owned subsidiaries as Defendants.

Otherwise there will be unverifiable shifting of responsibility to escape responsibility of the group of totally owned

companies.in favor of a shell corporation at the time of judgment.

In BARROUS, v. BP P.L.C./Conoco Phillips .United States District Court, N.D. California.  September 21, 2011

No. 10CV02944.2011 WL 5196332

"As a general matter, I believe the plaintiffs in this matter have been damaged and that such damage has not

been mitigated by the actions of the defendants. My specific opinions are the...

...Second, I understand that BP Oil & Exploration does not exist anymore and **BP_PLC** the parent company disclaims any responsibility for this matter...."

In Plaintiff's opinion, without naming all owned subsidiaries in addition to the parent companies, Defendants will try to escape liability by blaming an owned corporation which by the way, no longer has any assets because they were kept low or they had all assets removed from it..

United States District Court
Southern District of Florida

Case Number: _____ *11 CV 21855 MGC* .

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

    ☐ Due to Poor Quality

    ☐ Bound Extradition Papers

    ☐ Photographs

    ☐ Surety Bond (Original <u>or</u> Letter of Understanding)

    ☐ CD or DVD (Court Order <u>or</u> Trial Purposes only)

    ☐ Other:_____

☐ **SCANNED**

    ☑ But Poor Quality *(Photos)*.

    ☐ Habeas Cases (State Court Record/Transcript)

Date: _____ *3/5/2012* _____